**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

rwhitman@seyfarth.com
T (212) 218-5629

www.seyfarth.com

October 26, 2023

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square, Room 2201
New York, NY 10017

Re:   *Rafailov v. T-Mobile USA, Inc.,*
      No. 2023-cv-07829

Dear Judge Engelmayer:

This firm is counsel to T-Mobile USA, Inc., the Defendant in the above-referenced lawsuit.

We write pursuant to section 1.E of Your Honor's Individual Rules and Practices in Civil Cases to respectfully request a two-week adjournment of the deadline for T-Mobile's response to the Complaint, from November 7 to 21, 2023. The reason for this request is to accommodate previously scheduled work absences among Defendant's counsel.

There have been no previous requests for an adjournment of this deadline. Counsel for Plaintiff, Lawrence Spasojevich, Esq., consents to this request. No other deadlines or scheduled dates would be affected by this adjournment.

On behalf of T-Mobile, we thank the Court for its consideration.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *Robert S. Whitman*

Robert S. Whitman

cc: Lawrence Spasojevich, Esq. (by ECF)

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 26, 2023
New York, New York

305710685v.1